Case No. 2-22-02044

# CERTIFICATE OF SERVICE

I, Gini L. Downing          (name), certify that service of this summons and a copy of the complaint was made February 4, 2022          (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Chattem, Inc.
c/o Brian Howe
55 Corporate Drive
Bridgewater, NJ 08807

Chattem Inc.
Attn: Brian Howe
55 Corporate Drive
Bridgewater, NJ 08807

Chattem Inc.
Attn: Brian Howe
P.O. Box 100770
Atlanta, GA 30384

Laura Ketcham
Miller & Martin
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, TN 37402

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Chattem, Inc.
1715 W 38th St
Chattanooga, TN 37409

Chattem, Inc.
Attn: Stacy Apgar
55 Corporate Dr
Bridgewater, NJ 08807-1265

Corporation Service Company,
R/A for Chattem Inc.
2908 Poston Avenue
Nashville, TN 37203-1312

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date      February 4, 2022      Signature    /s/ Gini L. Downing

  Print Name:          Gini L. Downing
                       Pachulski Stang Ziehl & Jones LLP
                       10100 Santa Monica Blvd.
                       13th Floor
  Business Address:    Los Angeles, CA 90067

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Chattem, Inc.
   Attn: Stacy Apgar
   55 Corporate Dr
   Bridgewater, NJ 08807-1265

9590 9402 3367 7227 2944 66

2. Article Number (Transfer from service label)
   7017 2400 0000 3936 9528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): R. LEANDER
C. Date of Delivery: 2-9-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Corporation Service Company,
   R/A for Chattem Inc.
   2908 Poston Avenue
   Nashville, TN 37203-1312

9590 9402 3367 7227 2943 98

2. Article Number (Transfer from service label)
   7017 2400 0000 3936 7050

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 2-8-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt