Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Counsel to Plaintiff RDC Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiff,<br>　v.<br>CHATTEM, INC.,<br>　　　　　　　Defendant. | Adv. Proc. No. 22-02044 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Chattem, Inc. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of

the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: July 26, 2023 | Dated: July 26, 2023 |
| PACHULSKI STANG ZIEHL & JONES LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| */s/ Ilan D. Scharf* | */s/ Evelyn J. Meltzer* |
| Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email:  bsandler@pszjlaw.com<br>        ischarf@pszjlaw.com<br>        jspomerantz@pszjlaw.com | Evelyn J. Meltzer (DE No. 4581)<br>(*admitted pro hac vice*)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email: evelyn.meltzer@troutman.com |
| *Counsel to Plaintiff RDC Liquidating Trust* | *Counsel to Defendant Chattem, Inc.* |

SO ORDERED

DATED: _____, 2023      _____
         Rochester, New York           HON. PAUL R. WARREN
                                       United States Bankruptcy Judge

DOCS_LA:350232.1 75015/003                    2
Case 2-22-02044-PRW,   Doc 24,   Filed 07/26/23,   Entered 07/26/23 13:35:39,
Description: Main Document  , Page 2 of 2